UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-cv-00542-D

| | |
|---|---|
| J AND M GUTIERREZ, INC </br> d/b/a Tropicana Foods, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES DEPARTMENT OF </br> AGRICULTURE, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) ORDER </br> ) </br> ) </br> ) </br> ) </br> ) |

This matter comes before the Court on Defendant's motion to seal the Administrative Record, [D.E. 27-30], filed contemporaneously with Defendant's motion for summary judgment. For good cause having been shown, Defendant's motion is GRANTED. The Clerk of Court is DIRECTED to seal Docket Entries 27-30, the Administrative Record in this case.

SO ORDERED this 14 day of June, 2021.

JAMES C. DEVER, III
United States District Judge